# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TONY J. BLANE, | : | |
| | : | |
| Plaintiff, | : | C. A. No. 1:21-cv-01197-CFC |
| | : | |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| GATEWAY FOUNDATION, INC. | : | |
| | : | |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties in the above-captioned action, through the undersigned counsel, that the parties have resolved the matter and this action is dismissed in its entirety, with prejudice.

| | |
|---|---|
| **THE POLIQUIN FIRM, LLC** | **SALMON RICCHEZZA SINGER & TURCHI, LLP** |
| | |
| /s/ Ronald G. Poliquin, Esquire | /s/Justin Callaway, Esquire |
| Ronald G. Poliquin, Esquire | Justin Callaway, Esquire |
| Delaware Bar I.D. No. 4447 | Delaware Bar I.D. No. 4974 |
| 1475 S. Governors Ave. | 222 Delaware Ave., 11th Floor |
| Dover, DE 19904 | Wilmington, DE 19801 |
| (302) 702-5501 | (302) 655-4290 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

Dated: September 28, 2022